UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HARVEY McDANIELS,<br><br>                                    Petitioner,<br>v.<br><br>NEVADA DEPT. OF CORRECTIONS,<br><br>                                    Respondents. | Case No. 3:20-cv-00623-LRH-CLB<br><br>ORDER |

Petitioner, a Nevada prisoner, has submitted a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF No. 1. Petitioner has not filed an application to proceed *in forma pauperis* or paid the filing fee. Accordingly, this matter has not been properly commenced. 28 U.S.C. § 1915(a)(2) and Local Rules LSR 1-1, 1-2. In addition, the petition is not on the form provided by this court. Local Rule, LSR 3-1.

Thus, the present action will be dismissed without prejudice to the filing of a habeas petition pursuant to 28 U.S.C. § 2254 on the form required by this court in a new action with either the $5.00 filing fee or a completed application to proceed *in forma pauperis* on the proper form with both an inmate account statement for the past six months and a properly executed financial certificate.

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the filing of a petition in a **new** action with either the $5.00 filing fee or a properly completed application form to proceed *in forma pauperis.*

///

IT IS FURTHER ORDERED that a certificate of appealability is denied, as jurists of reason would not find the court's dismissal of this improperly commenced action without prejudice to be debatable or incorrect.

IT IS FURTHER ORDERED that the Clerk shall send petitioner two copies each of an application form to proceed *in forma pauperis* for incarcerated persons and a noncapital Section 2254 habeas petition form, one copy of the instructions for each form, and a copy of the papers that he submitted in this action.

IT IS FURTHER ORDERED that the Clerk shall enter judgment accordingly and close this case.

DATED this 19th day of November, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE